RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 18a0115p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

PLANNED PARENTHOOD OF GREATER OHIO; PLANNED
PARENTHOOD OF SOUTHWEST OHIO REGION,

        *Plaintiffs-Appellees*,

    *v.*

LANCE HIMES, in his official capacity as Interim
Director of the Ohio Department of Health,

        *Defendant-Appellant*.

No. 16-4027

On Petition for Rehearing En Banc.

Decided and Filed: June 21, 2018

Before: COLE, Chief Judge; BATCHELDER, MOORE, CLAY, GIBBONS, SUTTON, COOK,
GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR,
BUSH, LARSEN, and NALBANDIAN, Circuit Judges.

_____

**ORDER**

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en
banc of this case. Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous
> opinion and judgment of this court, to stay the mandate and to restore the case on
> the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are
vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk